UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAILA D. STRINGER,

       Plaintiff,

v.                                        Case No:   6:24-cv-1224-LHP

WHITE CAP SUPPLY HOLDINGS, LLC,

       Defendant

ORDER

Before the Court is Plaintiff's Motion to Stay Proceedings or, Alternatively, Motion to Extend Case Deadlines.   Doc. No. 47.   Defendant takes no position as to the relief requested.   *Id.* at 5.   Upon consideration, the motion (Doc. No. 47) will be **GRANTED in part,** to the extent it requests an extension of remaining case deadlines.   The deadlines will be extended as follows:

| Case Event | Deadline |
| --- | --- |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | April 27, 2026 |
| Joint Final Pretrial Statement (*including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on Approved Form) | May 4, 2026 |

| | |
|---|---|
| All Other Motions (including Motions *in Limine*) | May 4, 2026 |
| Final Pretrial Conference | May 27, 2026, at 10:00 a.m. |
| Trial Briefs and Color-Coded Deposition Designations | June 10, 2026 |
| Trial Term Begins | July 1, 2026 |

The motion is **DENIED without prejudice** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record